**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 599 MAL 2016

                 Respondent   :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court

                  v.   :

MIGUEL ANGEL RUIZ-LATORRE,   :

                  Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.